**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXA NIKOLAS,<br><br>                    Plaintiff,<br><br>-against-<br><br>KATHRYN ELIZABETH  TENBARGE,<br><br>                         Defendant. | Case No.<br><br>**PLAINTIFF ALEXA NIKOLAS'**<br>**COMPLAINT FOR**<br>**DEFAMATION**<br><br>**JURY DEMAND** |





**Kathryn "Kat" Tenbarge: Foreshadowing**

## INTRODUCTION

1.      This lawsuit is about a propogandist masquerading as a journalist. Defendant Katheryn "Kat" Elizabeth Tenbarge ("Tenbarge") defamed Plaintiff Alexa Nikolas ("Alexa"). Tenbarge falsely stated that Alexa publicly disclosed sealed court documents and police records to attack an underage victim claiming sexual abuse. None of this was true. The court documents and police records were public. Nor did Alexa – a well-known advocate for survivors of sexual abuse and assault – attack the victim. Rather, Alexa reviewed court documents and police records – which brought the public narrative surrounding claims of the underage victim into doubt.

2.      To advance this false narrative and obtain negative information on Alexa at all costs, Tenbarge facilitated Alexa's stalker's violation of the restraining order issued against him. Further, Tenbarge relied on anonymous and other clearly biased sources to advance her false narrative about Alexa. When Alexa provided Tenbarge information demonstrating that the court documents and police records in question were public, Tenbarge ignored that information.

3.       This lawsuit is to hold Tenbarge accountable for intentionally and knowingly prioritizing the dissemination of false narratives over the truth to advance her public standing.

## THE PARTIES

4.      Alexa is a former actress turned activist. She is the founder of Eat Predators – an organization that advocates for victims of sexual abuse and sexual assault with a focus on ending predatory behavior in the entertainment industry. Alexa's advocacy is rooted in her own experience as a survivor. Throughout her career as an actress, Alexa was subjected to sexual abuse and harassment both on and off set – including as a minor on the Nickelodeon television show *Zoey 101*.

5.    Due to Alexa's experience as a Nickelodeon child actress and her advocacy for survivors, Alexa was asked to play a prominent role in the documentary series, *Quiet on Set.* The multi-part documentary conducted a deep dive into Nickelodeon's culture of child abuse under the reign of Dan Schneider.

6.    Tenbarge self-identifies as a technology and culture reporter. Previously, she worked for publications such as *Business Insider* and *NBC News.* Tenbarge's reporting primarily focused on sexual misconduct in the entertainment industry – with a particular focus on online content creators. After being fired from NBC News, Tenbarge created a blog called Spitfire News.

## JURISDICTION

7.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between the parties because Alexa is a resident of California and Tenbarge is a resident of New York. Further, the amount in controversy exceeds $75,000, exclusive of costs.

8.    Venue is proper under 18 U.S.C. § 1391(b) because: (1) because Tenbarge resides in Brooklyn, which is located in this district; and (2) a substantial part of the events and omissions that give rise to Alexa's defamation claim occurred in this district because Tenbarge was located in Brooklyn at the time.

## FACTS

### *The State of Ohio v. Bell* and the Public Records Related to the Case

9.    This dispute centers on Tenbarge's claim that Alexa publicly released sealed court and police records concerning former Nickelodeon star Jared Bell p/k/a Drake Bell ("Bell"). As explained below, Tenbarge's claims were categorically false because the records were public.

10.    In May 2021, the State of Ohio brought charges against Bell in a case entitled *The State of Ohio v. Jared Bell* (Case No. CR-21-659324-A) (the "Bell Case").[1] On June 23, 2021, Bell pled guilty to: (1) "attempted endangering children"; and (2) "disseminating matter harmful to juveniles."

11.    On July 12, 2021, the Court issued Bell's sentencing order (the "Bell Sentencing Order") – which was entered on July 15, 2021. The Bell Sentencing Order sentenced Bell to two years of community control/probation. Critically, the Bell Sentencing Order stated: the "***offenses are <u>not</u> reportable per Ohio's sex offender registry***." (emphasis added).

12.    The court records in the Bell Case (the "Bell Court Records") were never sealed and remain public. Ohio has no law that automatically seals court records for criminal cases or cases where the victim is a minor. Rather, to seal or expunge court records of a criminal case, the defendant must apply to seal or expunge the records under Ohio Revised Code ("ORC") Sections 2953.32 and 2953.34.[2] Nor is victim of a crime entitled to seal all judicial records. Rather, the victim must apply to redact personal identifying information from judicial records under ORC 2930.07. With the sole exception of Bell's sentencing memorandum,[3] neither Bell nor the victim in the Bell Case have filed an application to seal, expunge or redact any of the Bell Court Records. As such, with the exception of Bell's sentencing memo, the Bell Court Records remain public.

---

[1] The Court docket for the case is publicly available on the Cuyahoga County Clerk of Courts' website. *See* https://cpdocket.cp.cuyahogacounty.gov/TOS.aspx

[2] *See also* Ohio Justice and Policy Center, "Record Sealing and Expungement in Ohio" (Oct. 2023), *available at*: https://ohiojpc.org/wp-content/uploads/2025/01/Record-Sealing-Resource_October-2023.pdf

[3] On July 6, 2021, Bell filed a motion for leave to file the memorandum under seal – which the Court granted the same day but only as to "medical and/or mental health diagnosis regarding the defendant" (*i.e.*, Bell, not the victim). On July 7, 2021, the memorandum was filed under seal.

13.    On January 30, 2022, the City of Cleveland, Ohio received a public records request related to the Bell Case (the "Bell Records Request").[4] Specifically, the Bell Records Request stated: "I'm interested in the case file from the charges that pertain to Jared Bell CR-21-659324-A. In addition to the case file[,] I'm interest in any videos of interviews taken by Cleveland Police."

14.    On January 31, 2022 (*i.e.*, the next day), the City of Cleveland granted the Bell Records Request. Nearly fifty (50) documents related to the police investigation against Bell were made available to the public (the "Bell Police Records"). The Bell Police Records were voluminous and comprised of various reports, statements, interviews, correspondence and documentary evidence.

15.    All personal identifying information about Bell's victim was redacted from the Bell Police Records.

16.    The *New York Times* published two articles about the Bell Case. The first was published on June 23, 2021 – *i.e.*, the date Bell pled guilty (the "First NYT Article").[5] The second was published on June 12, 2021 – *i.e.*, the date Bell was sentenced (the "Second NYT Article").[6]  The Second NYT Article falsely reported that Bell was required to register as a sex offender. On March 18, 2024, the *New York Times* corrected the Second NYT Article to clarify

---

[4] The Bell Records Request is available on the City of Cleveland's website. *See* https://clevelandoh.govqa.us/WEBAPP/_rs/(S(qvta2p2a54hwb3aj1ajgxhpc))/RequestArchiveDetails.aspx?rid=105392&view=188

[5] Sarah Bahr, New York Times "Drake Bell Pleads Guilty to Attempted Child Endangerment" (June 23, 2021), *available at*: https://www.nytimes.com/2021/06/23/arts/television/drake-bell-child-endangerment-plea.html?smid=url-share;

[6] *See* Sarah Bahr, New York Times "Drake Bell Given Two Years of Probation in Child Endangerment Case" (July 12, 2021; updated March 18, 2024), *available at*: https://www.nytimes.com/2021/07/12/arts/television/drake-bell-sentenced-child-endangerment.html?smid=url-share

that Bell was not required to register as a sex offender.

**Alexa's Video on the Bell Case**

17.    On October 12, 2023, Alexa released a video on her YouTube channel entitled,

*Alexa Nikolas EXPOSES Drake Bell!* (the "Bell Video"). In the video, Alexa covered the First

NYT Article. Since the Bell Video was published before the *New York Times* corrected the

Second NYT Article, Alexa incorrectly implicated Bell as being a sex offender in the Bell Video.

**Alexa Discovers Inconsistencies in the Bell Case**

18.    On March 4, 2024, the producers for *Quiet on Set* informed Alexa for the first

time that Bell also had a prominent role in the documentary. Alexa was deeply concerned by this

development. Due to the NYT Articles, Alexa believed that Bell was a sexual predator and

registered sex offender. She did not want to appear in a documentary with Bell if the

documentary would ignore Bell's own conviction in the Bell Case.

19.    Kate Taylor ("Taylor") is a journalist for *Business Insider* and one of the

producers for *Quiet on Set*. Taylor attempted to assuage Alexa's concerns about Bell's presence

in *Quiet on Set*. On March 9, 2024, Taylor sent Alexa the Bell Court Records and Bell Police

Records (collectively, the "Bell Records"). After sending Alexa the Bell Records, Taylor

conducted a follow-up phone call with Alexa to walk her through the Bell Records. A true and

correct copy of Taylor's March 9, 2024 email to Alexa is attached to this Complaint as Exhibit

A.

20.    Upon closer review of the Bell Records, Alexa discovered for the first time that

there were numerous inconsistencies between the information contained in the Bell Records and

the online narrative about Bell's conviction (which was fueled, in part, by the First NYT Article

and Second NYT Article). For example, contrary to the online narrative, the Bell Records

demonstrated that: (1) the forensic evidence contradicted the victim's testimony of sexual assault; (2) the witnesses were not strangers, but the aunt/chaperone of the victim and an individual who frequently photographed Bell; (3) Bell did not send or exchange nudes with the victim; (4) when Bell learned the victim's age, he disengaged communicating with her immediately; and (5) Bell was not required to register as a sex offender.

### *Quiet On Set* is Released and Receives Massive Public Attention

21.    On March 17, 2024, *Quiet on Set* was released to the public. The public interest in the documentary was tremendous. According to news reports, in the first week of its release, *Quiet on Set* received 1.3 billion minutes of watch time and approximately 20 million views.[7]

### Alexa Makes the Bell Video Private

22.    On March 20, 2024, Alexa decided to make the Bell Video private and inaccessible to the public. Alexa made this decision because – after beginning to review the Bell Records – she realized the Bell Video contained misinformation about Bell and Alexa did not want to contribute to the dissemination of misinformation.

23.    On March 23, 2024, in response to public criticism of Alexa's decision to private the Bell Video, Alexa tweeted she would go over the Bell Records during a live stream on her YouTube channel.[8]

---

[7] Selome Hailu, *Variety*, "Nielsen Streaming Top 10: 'Quiet on Set' Debuts in Third Place With 1.3 Billion Minutes Watched, Max's Biggest Streaming Title Ever" (April 18, 2024), *available at*: https://variety.com/2024/tv/news/nielsen-top-10-ratings-streaming-march-18-1235982379/; Velvet Winter, ABC News (Australia), "Quiet on Set returns with fifth episode after outrage over Nickelodeon's treatment of workers" (April 8, 2024), *available at*: https://www.abc.net.au/news/2024-04-09/quiet-on-set-episode-5-breaking-the-silence-nickelodeon-kids-tv/103681660?utm_campaign=abc_news_web&utm_content=link&utm_medium=content_shared&utm_source=abc_news_web
[8] *See* https://x.com/alexanikolas__/status/1771671325423075701

**The Anonymous Online Account – Exposing Rich – Falsely Claims Alexa Published Sealed Records from the Bell Case**

24.    From March 23, 2024 through March 24, 2024, an anonymous account on X entitled "@exposingrich" ("Exposing Rich") made numerous defamatory posts about Alexa. True and accurate screenshots of Exposing Rich's posts are included below.









25.     Most notably, Exposing Rich made the completely baseless claims that: (1) both the Bell Court Records and Bell Police Records were under seal; (2) there were a limited number of Bell Records in the first instance; (4) that California (where Bell resides) seals all sex offender reports; and (5) consent of the victim is necessary to disclose a California sex offender report.

26.     On March 26, 2024, Alexa spoke to Taylor by phone to: (1) confirm that the Bell Records were publicly available; and (2) receive instructions on how to access the Bell Records. Taylor confirmed the Bell Records were public and provided instructions on how to obtain them. Taylor sent a follow up email to Alexa immediately after the phone call to provide written instructions. A true and correct copy of the March 26, 2024, email from Taylor to Alexa is attached hereto as Exhibit B.

**Tenbarge Publishes an Article for NBC News on Bell that Originally Explicitly Cited the Exposing Rich Account**

27.     On March 27, 2024, Tenbarge published an article on the website for NBC News entitled: "Drake Bell accusers face online attacks after 'Quiet on Set' docuseries" (the "Tenbarge Article").[9] In the Tenbarge Article, Tenbarge falsely stated that "[m]ost of the court documents [in the Bell Case] were sealed to protect [the victim's] privacy." Additionally, the original Tenbarge Article explicitly referenced the anonymous Exposing Rich account.[10] Tenbarge has even gone on record to state that Exposing Rich is a "great account." On information and belief, Tenbarge relied on Exposing Rich's tweet (in whole or in part) for the assertion that the Bell Records were sealed.

---

[9] Kat Tenbarge, NBC News, "Drake Bell accusers face online attacks after 'Quiet on Set' docuseries" (Mar. 27, 2024), *available at*: https://www.nbcnews.com/tech/internet/quiet-set-dark-side-kids-drake-bell-accusers-tv-episode-rcna145019
[10] As discussed below, the Tenbarge Article was surreptitiously revised sometime after April 18, 2024 to remove all reference to Exposing Rich.

**Tenbarge Begins Working on an Article About Alexa Based on Court Filings from Alexa's Stalker**

28.     Tenbarge considered the Tenbarge Article to be her magnum opus. Since its publication and until this filing, Tenbarge pinned the Tenbarge Article at top of her X account. Tenbarge hoped to use the Tenbarge Article as a springboard for other articles concerning the participants of *Quiet on Set.*

29.     Tenbarge received her opportunity to make another article on the participants of *Quiet on Set*. Shortly after April 10, 2024, Tenbarge became aware that Alexa's stalker (who was subject to a restraining order) – Mannee Shift Hailey-McMurray ("Hailey-McMurray") – filed his own request for a restraining order against Alexa. As explained in greater detail below, Tenbarge used Hailey-McMurray's filing as documentary evidence to support her investigation against Alexa.

**Background on Hailey-McMurray Stalking and Harassing Alexa and her Family**

30.     Hailey-McMurray has repeatedly stalked and harassed Alexa, her husband and her young daughter. Hailey-McMurray was a former volunteer for Alexa's survivor organization, Eat Predators. After being asked to leave the organization, Hailey-McMurray made numerous threating posts about Alexa and her family. Additionally, Hailey-McMurray moved from Marin County (which was approximately 8 hours away from Alexa) to approximately ten minutes from Alexa's residence to engage in further stalking. On three separate occasions, Hailey-McMurray stalked Alexa for hours on end. Below are some contextualized screenshots of social media posts Hailey-McMurray made about Alexa and her family that were submitted in support of Alexa's restraining order against Hailey-McMurray.

### 4 - Mannee Makes Cold and Dead Threat - 11.22.22

*\* 2 days after I blocked him*



**"If the universe tries to rip one more thing that I love out of my hands, they're actually going to be cold and dead. Chill the fuck out. Let's start being nice."**

### 17 - Mannee Posts Gun Photo With My Name - 01.20.23

*\* 1 day after physically stalking me*



### 8.1 - Mannee Punches Screen 7 Times With My Name - 11.28.22



### 8 - Mannee Writes "Kill Your Idols" In Post About Me - 11.28.22



**43 - Mannee 2nd Physical Stalking - 02.23.23**



**"That's okay. I got a plan.
I got a plan. Yeah."**

*\* After lying to the police about why he was there Mannee insinuates retaliation against me.*

**46 - Mannee Incident Report - 02.23.23**




**75 - Mannee GUNSHOTS Threat - 03.10.23**



**goodmorningmayberrypodcast** Have you or someone you love been "threatened" by me? You may be entitled to have me follow through on whatever I said I was gonna do.

**51 - Mannee Keeps Picture of My Daughter Up - 02.27.23**

**53 - Shift intimidates Alexa Using 2 Year Old Daughter Pinned to His Profile - 02.27.23**



**52 - Mannee Violates Instagram's Posting a Minor Policy - 02.27.23**



**60 - Mannee Claims Ownership Over Photo Of My Daughter - 03.03.2303**



"I own that picture. That image is mine."

"If you want anything less than that, you will file with a fucking court, and you will get a judge to give me a court order after you explain to a neutral third party what I did wrong and why you are revoking consent."

**55 - Mannee Repeatedly Targets My 2 Year Old Daughter - 03.01.23**



**Alexa Seeks and Obtains a Restraining Order Against Hailey-McMurray**

31.    Due to his stalking and harassment, Alexa sought a restraining order against

Hailey-McMurray. On April 12, 2023, the Superior Court for the County of Los Angeles

("LASC") granted Alexa's request for a restraining order against Hailey-McMurray (the

"Restraining Order").[11] Specifically, the Court found Alexa "met her burden" to show that "a

reasonable person" would perceive Hailey-McMurray as posing "a credible threat of violence

against them." In relevant part, the Restraining Order prevented Hailey-McMurray to:

> Harass, intimidate … or disturb the peace of [Alexa, her husband and/or her
> daughter]. Contact [with Alexa, her husband and/or her daughter], ***either directly
> or indirectly***, in any way, including, but not limited to, in person, by telephone, in
> writing, by public or private mail, by interoffice mail, by email, by text message,
> by fax, or by other electronic means [and] no posting on any social media of [Alexa,
> her husband and/or her daughter].

32.    On May 7, 2025, the Restraining Order was renewed and expanded to encompass

Alexa's husband and children.[12] On July 21, 2025, the California Court of Appeal affirmed the

Restraining Order.[13] *See Alexa N. v. Mannee Hailey-McMurray* (Case No. 330941).

33.    On April 10, 2024, Hailey-McMurray filed a request for a temporary restraining

order against Alexa (the "Request for a TRO"). As part of his filing, Hailey-McMurray filed

countless documents that were irrelevant to his Request for a TRO. Rather, it was an attempt by

Hailey-McMurray to circumvent the Restraining Order and publicly communicate his grievances

about Alexa. A true and correct copy of the Request for a TRO is attached hereto and

---

[11] A true and correct copy of the Restraining Order is attached hereto as Exhibit C.

[12] The renewed Restraining Order is attached hereto as Exhibit D.

[13] Due to the gross incompetence of Alexa's prior counsel, Alexa did not file a response brief in
the appeal. Consequently, she was also precluded from providing any oral argument. Despite the
record comprising solely of Hailey-McMurray's arguments and evidence, the Court of Appeal
still affirmed the Restraining Order.

incorporated herein as Exhibit E.

34.    Notably, Hailey-McMurray failed to prosecute his Request for a TRO. On May 2,

2024, the Request for a TRO was set for a hearing. Despite Hailey-McMurray himself selecting

the hearing date, Hailey-McMurray requested a continuance of the hearing on the grounds he

required more time to prepare. The Court denied the continuance and dismissed the Request for a

TRO without prejudice. To date, Hailey-McMurray has never refiled his Request for a TRO.

**Alexa Explains Why She Took Down the Bell Video and Tenbarge Responds with the 18**
**Questions**

35.    On April 15, 2024, Alexa streamed live on YouTube.[14] In the stream, Alexa

explained: (1) why she took down the Bell Video; (2) why she blocked the Exposing Rich

account on X; and (3) the hypocrisy of the Tenbarge Article citing Exposing Rich when the

account engaged in the same harassment that was condemned in the Tenbarge Article.

36.    On April 16, 2024, Tenbarge sent Alexa an email concerning a forthcoming

article Tenbarge and NBC intended to publish about Alexa and Eat Predators (the "Unpublished

Article"). In the email, Tenbarge provided a list of 18 questions (the "18 Questions"). A true and

correct copy of Tenbarge's April 16, 2024 Email to Alexa is attached hereto as Exhibit F.

37.    The 18 Questions indicated that Tenbarge was going to paint Alexa as a fraud and

hypocrite who targeted Bell's victim. It was also readily apparent from the 18 Questions that

Tenbarge was aware of the Restraining Order and Hailey-McMurray's Request for a TRO – as

many of the 18 Questions were related to the documents submitted by Hailey-McMurray in

---

[14] An excerpt from Alexa's live stream was subsequently edited and uploaded as a separate video
on April 16, 2024 entitled *Alexa Nikolas Addresses The DRAKE BELL Video*. Alexa Nikolas,
*Alexa Nikolas Addresses The DRAKE BELL Video* (April 16, 2024), *available at*:
https://youtu.be/CgKacKHIJbg?si=CV0MFu4fqOvPwiU5

support of his Request for a TRO. The chart below demonstrates which of the 18 Questions were

based on the documents filed in connection with Hailey-McMurray's Request for a TRO. All

material are direct quotes and preserve all spelling and grammar.

| Tenbarge Question | Source of Question from Hailey-McMurray's Request for a TRO |
|---|---|
| Question 18: How does Alexa respond to the claim that she obtained a restraining order against a former Eat Predators member on false or incomplete pretenses, based on claims within the April 10 filing and information from four sources? | Page 5 (Response to Prompt 11): She [*i.e.*, Alexa] obtained a restraining order against me using similar false claims she made to this court on April 12, 2023 therefore I cannot and have not contacted her |
| Question 5: Based on information from three sources with direct knowledge and claims made in legal documentation, is it correct that attorneys, including former California Senator Joe Dunn, encouraged Alexa and other survivors in the entertainment industry to form an advocacy group? Is it correct that Dunn held an unofficial advisory role, encouraging the group to establish an organizational structure and legally reviewing Ead Predators materials? | Page 13: Sept 12 – Oct 15, 2022: Hailey-McMurray learns of the "Eat Predators" advocacy group for alleged survivors via [Amanda] Peters – a founding organizer alongside [Alexa] Nikolas, Kay Brown, Caeli Higgins, Nomi Abadi and disgraced senator Joe Dunn. Early members also included Nila Salinas, Jeff Anderson, Shannon "Shay" Ruth, Melissa and Jerome Schuman. |
| Question 1: What are Alexa's credentials and professional experience regarding victim advocacy? Has she ever worked for or been involved in any other advocacy groups besides Eat Predators? Does she have any training, such as from the National Organization of Victim Advocacy? | Page 13: … Alexa Nikolas had no training to host a group for "survivors of trauma" that was advertised to thousands. |
| Question 7: How would Alexa respond to the characterization that she is crafting a "revisionist history" of the origins of Eat Predators? | Page 15: Hailey-McMurray expresses concern about [Alexa] Nikolas and Michael Gray's [Alexa's husband] conduct and disclosed plans for "Eat Preadator." Nikolas and Gray become dismissive and paranoid directly with Hailey-McMurray. An item of Hailey-McMurray's concern regards Michael Gray's and Nikolas' intention to secretly incorporate the stolen group Eat Predators as a for-profit business entity -- NOT a nonprofit. Hailey McMurray was concerned about Nikolas and Gray's plans but they agreed to discuss it more over the coming days. |

| | |
|---|---|
| Question 11: Why did Alexa establish Eat Predators as a for-profit entertainment company with Alexa serving in every executive position? | Page 19: April 3, 2023: Nikolas incorporates "Eat Predators" as a Stock Corporation (Exhibit 23) -- a for-profit business structure with core purpose to generate financial returns for shareholders, typically achieved by selling products or services and profits are used for various purposes like reinvestment, paying employees, or distributing dividends to shareholders (owners who hold stock). This is directly in contradiction of Nikolas's ongoing public presentation since Aug. 2022 that she envisioned "Eat Predators" as a nonprofit -- a belief her followers took to heart and continue to address the group as a nonprofit publicly. |
| Question 8: Based on information from five sources with direct knowledge and public social media posts, is it fair to say that Alexa has driven internal and external conflicts regarding Eat Predators, including personal attacks against other members and efforts to turn the rest of the group against specific members?<br><br>Question 9: Why has Alexa used Eat Predators YouTube channel to attack former members of the group? What purpose does this serve within victim advocacy? | Page 21: December 24, 2023 through January 2024: On YouTube, respondent Nikolas dedicates dozens of hours broadcasting to thousands of viewers with targeted episodes intended to badger and ridicule various people.<br><br>After a cryptic "Guess Who" style-marketing campaign on her social profiles, Nikolas launces a series of videos on December 26, 202[3]. This series dedicates dozens of hours streaming to thousands of views on YouTube while relentless badgering and ridiculing a roster of names with unique videos featuring her targets, including:<br><br>Hailey-McMurray (who Nikolas referred to by both Mannee Hailey-McMurray as well as his common professionally-used name "Shift"), Kay Brown (who Nikolas insinuates in the stream title to be deceptive), Caeli Higgins (who Nikolas labels in the stream title to be a thief), Nila Salinas (who Nikolas insinuates in the stream title to be connected to "[her] Stalker" and Autumn Whitaker (who Nikolas labels in the title as "Dangerous") (Exhibit 14), and members and moderators from within her company's current membership with whom Nikolas had recently mismanaged complaints and conflicts. |

**Tenbarge Relies On Other Uncredible and Highly Biased Sources**

38.     Tenbarge's email also stated that she was in contact with five former members of Eat Predators. On April 26, 2024, Tenbarge admitted in an interview that Leonila "Nila" Luisa Salinas ("Salinas") was one of Tenbarge's sources for the Unpublished Article. Additionally, Michaela "Caeli" Higgins ("Higgins") emailed Alexa on May 8, 2024 stating she was in contact with Tenbarge and, therefore, likely one of Tenbarge's sources for the Unpublished Article. As explained in greater detail below, Salinas and Higgins are highly biased and unreliable former associates of Alexa.

**Salinas**

39.     Salinas is a former volunteer of Eat Predators. When Alexa met Salinas in person at a protest, Alexa observed that Salinas was wearing an ankle monitor. When Alexa inquired about the ankle monitor, Salinas claimed it was related to allegations she kidnapped her child across state lines.

40.     Salinas left Eat Predators after Alexa informed the volunteers of the organization of Hailey-McMurray's harassment. Salinas sided with Hailey-McMurray and lashed out against Alexa in public. She created an anonymous account on X called Abuse of Power. Through the account, Salinas solicited complete strangers (many who never interacted with Alexa) for negative stories about Alexa. Some of these individuals were used by Tenbarge as sources for the Unpublished Story.

41.     From February 25, 2024 through May 16, 2025, the Abuse of Power account posted over 4,000 tweets attacking Alexa. Below are true and correct screenshots of a small number of posts Salinas made on the Abuse of Power account in that period.

**Abuse of Power** @AbusesP55333 · 3h

🎭 Parody account

Sorry not sorry, why does everything Alexa Nikolas does come off as a complete performance of a character she plays? The facial expressions are far too contrived. Like, "Am I cute as a 33 year old grifter?" uwu 🥴



**Abuse of Power** @AbusesP55333 · 3h

🎭 Parody account

A MEME is NOT a direct threat against ur life. As u intentionally mischaracterized in court documents & had fellow henchman write statements attesting to "fear" while weaponizing ur pregnancy. The same henchman who grew 2 hate & leave u. People talk, it's as simple as that.

*Oh, you're a leftist? Name everyone who has left you.*

**Abuse of Power**
@AbusesP55333

**Follow**

🎭 Parody account

@theslowfactory, do u care ur supporting a person who exploits children online? & claims she has a "stalker," weaponizing the legal system against a black man? Is that the kind of liberation ur talking about? Liberation 4 rich, abusive, white women like #alexanikolas? Grifters?

3:49 PM · Aug 20, 2024 · **52** Views

















42.     Salinas also created various articles on Medium attacking and defaming Alexa. Medium unilaterally took down Salinas' articles for violating its terms of service. Salinas doxed the residence of Alexa's husband's parents, and even publicly posted revenge porn of Alexa.

**Higgins**

43.     Higgins is a former volunteer for Eat Predators. Initially, Higgins demonstrated great interest in being involved with Eat Predators. Afterwards, Higgins demanded monetary compensation for protesting and stated she would not engage in any advocacy unless she was paid. As a result of Higgins' obsession with making her advocacy contingent on monetary compensation, the relationship between Higgins and Alexa soured and Alexa asked Higgins to leave the group. Upon leaving, Higgins became retaliatory. She disparaged Alexa and Eat Predators to other non-profit organizations. She also stole funds from Eat Predator's Patreon account and deposited those funds in her personal account.

44.     Higgins has a documented history of engaging in defamation. In early March 2024, Frederik Durand p/k/a DJ Snails was awarded $1.5 against Higgins for defaming him in social media posts by falsely claiming he was a sexual predator.[15] Prior to that in 2021, Higgins was sued by her ex-boyfriend for defamation based on Higgins claiming he sexually assaulted her. *See Tull v. Higgins et al.* (Case No. 4:21-cv-01566-DMR). The matter ultimately settled.

**<u>Alexa Responds to Tenbarge's 18 Questions and Her Counsel Warns NBC</u>**

45.     On the same day that Tenbarge sent the 18 Questions (*i.e.*, April 16, 2024), Alexa contacted Tenbarge by telephone. Alexa explained to Tenbarge that she would provide detailed

---

[15] Bill Graveland, Toronto Sun, "'PURE NIGHTMARE': Montreal-based musician wins $1.5 million in defamation lawsuit" (Mar. 12, 2024), *available at*: https://torontosun.com/news/national/pure-nightmare-montreal-based-musician-wins-1-5-million-in-defamation-lawsuit

written responses and supporting documentation in the coming days.

46.     Critically, during the call, Alexa offered to show Tenbarge how to obtain the Bell

Records online to refute Tenbarge's assertion that the Bell Records were sealed. Surprisingly,

Tenbarge explicitly stated she was not interested in this information. Immediately after the call,

Alexa memorialized this aspect of the conversation in a text message. Tenbarge eventually

agreed to receive information on how to access the Bell Records in her written response. A true

and correct screenshot of Alexa's April 16, 2024 text exchange with Tenbarge is contained

below.



47. On April 18, 2024, Alexa provided 115 pages of written responses and supporting documentation to Tenbarge in response to the 18 Questions. The instructions on how to access the Bell Records were provided in response to the third question. Alexa also provided Tenbarge with a Google Drive of other documents, which included the publicly available Bell Records.

48. On April 19, 2024, Alexa's prior counsel sent a letter to NBC's legal department about the Unpublished Article (the "First Legal Letter to NBC"). The letter was to ensure that NBC did not proceed with publishing defamatory statements against Alexa or Eat Predators. Tenbarge was not a recipient of the First Legal Letter to NBC. A true and correct copy of the First Legal Letter to NBC is attached hereto as Exhibit G.

49. On April 24, 2024, Alexa announced on her YouTube channel that she would be taking a hiatus due to Hailey-McMurray violating the Restraining Order and Tenbarge facilitating additional violations of the Restraining Order. A true and correct screenshot of Alexa's post is contained below.



50. Sometime after Alexa provided her responses to Tenbarge's 18 Questions and the First Legal Letter to NBC, the Tenbarge Article was surreptitiously updated. Refences to

Exposing Rich and other X accounts as sources were removed.[16] On information and belief, NBC Legal took a closer review of the Tenbarge Article after the First Legal Letter to NBC. In response, NBC dictated the removal of references to Exposing Rich and other social media accounts from the Tenbarge Article due to their lack of reliability and clear bias.

**Tenbarge Facilitates Hailey-McMurray's Breach of the Restraining Order**

51.     On April 25, 2024, Tenbarge emailed Hailey-McMurray.[17] In the email, Tenbarge acknowledged the existence of the Restraining Order against Hailey-McMurray. In the email, Tenbarge asked Hailey-McMurray several questions about Alexa and the Restraining Order. A true and correct copy of Tenbarge's April 25, 2024 email to Hailey-McMurray is attached hereto as Exhibit H.

52.     Shortly thereafter, Hailey-McMurray responded to Tenbarge. In the written statement, Hailey-McMurray violated the Restraining Order by utilizing Tenbarge to communicate indirectly with Alexa – including making several false and disparaging statements about Alexa. In the email, Hailey-McMurray requested that he have until May 7, 2024 to provide his official comment. A true and correct copy of Hailey-McMurray's written statement responding to Tenbarge is attached hereto as Exhibit I.

53.     On May 7, 2024, Hailey-McMurray sent a follow up written statement to Tenbarge. In the email, Hailey-McMurray violated the Restraining Order again by discussing and disparaging Alexa. In addition, Hailey-McMurray provided two links. The first link was to the complaint in *Milosh v. Gibbs Law LLP et al.* (Case No. LASC 22STCV28350) for malicious prosecution. The case involved Alexa's ex-husband initiating a malicious prosecution action against Alexa's former attorneys. On February 9, 2023, the Court granted Alexa's former attorneys' anti-SLAPP motion because the complaint arose from statements made in connection with a judicial proceeding and the claim was devoid of merit. The second link was to a Google drive containing PDFs of Salinas' articles posted on Medium that were taken down.

---

[16] On information and belief, NBC even issued DMCA takedown notices.
[17] The exhibits containing Tenbarge's correspondence with Hailey-McMurray was submitted to the Los Angeles Superior Court by Hailey-McMurray on February 24, 2025 in connection with his unsuccessful motion to terminate the Restraining Order.

A true and correct copy of Hailey-McMurray's May 7, 2025 written statement to Tenbarge is attached hereto as Exhibit J.

54.    Alexa discovered Tenbarge's correspondence with Hailey-McMurray on February 7, 2025. On that date, Hailey-McMurray submitted Tenbarge's correspondence with Hailey-McMurray as evidence to support his request to terminate the Restraining Order. The correspondence had the exact opposite effect: it emphasized why keeping the Restraining Order in place was necessary and proper. Indeed, on May 7, 2025, the Court renewed the Restraining Order and included Alexa's newborn son.

**NBC Puts an End to Tenbarge's Unpublished Article**

55.    Sometime thereafter, NBC killed Tenbarge's Unpublished Article. Tenbarge subsequently claimed the Unpublished Article "did not come out because Alexa wasn't viewed as a well-known enough person." This claim fails to withstand scrutiny. In the period following the release of *Quiet on Set* on March 17, 2024, the public interest in Alexa was at its greatest – as evidenced by numerous articles discussing her involvement in the series.[18]

---

[18] Tatiana Tenreyro, The Hollywood Reporter, "'Zoey 101' Alum Alexa Nikolas Responds to Dan Schneider's Apology and Says 'It's Pretty Scary Looking Back'" (March 23, 2024), *available at*: https://www.hollywoodreporter.com/tv/tv-news/alexa-nikolas-dan-schneider-apology-zoey-101-nickelodeon-1235857345/; Benjamin Lindsay, The Wrap, "Megyn Kelly Thinks Nickelodean's Days Are Numbered Amid 'Quiet on Set' Scandal: 'I Can't Believe They're Still in Business | Video: The podcast host sits with 'Zoey 101' star Alexa Nikolas on Wednesday's episode" (March 27, 2024), *available at*: https://www.thewrap.com/megyn-kelly-nickelodeon-quiet-on-set-consequences/; Dessi Gomez, The Wrap, "'Zoey 101' Star Alexa Nikoas Tears Apart Dan Schneider's 'Quiet on Set' Apology: 'I Don't Feel Any Remorse From Him'" (March 20, 2024), *available at*: https://www.thewrap.com/zoey-101-alexa-nikolas-dan-schneider-quiet-on-set-apology/; Kelly Coffey-Behrens, Blast "Alexa Nikolas Reveals She Shared Her Nickelodeon Experience For 'Zero Payment'" (April 1, 2024), *available at*: https://theblast.com/589135/alexa-nikolas-reveals-she-shared-her-nickelodeon-experience-for-zero-payment/; Alison Foreman, IndieWire "'Quiet on Set' Survivors Say Docuseries Exploited Their Trauma, Then Shut Them Out: Raquel Lee Bolleau and Alexa Nikolas allege the true crime series not only got facts wrong and left critical details out, but further exploited their childhood abuse. 'All That' actors Leon Frierson and Bryan Hearne corroborate their stories" (April 17, 2024), *available at*: https://www.indiewire.com/features/general/quiet-on-set-survivors-docuseries-false-pretenses-1234973430/; Access, "'Quiet on Set's' Alexa Nikolas Reflects On 'Devastating' Britney Spears Incident On 'Zoey 101' Set" (April 10, 2024), *available at*: https://www.accessonline.com/videos/quiet-on-sets-alexa-nikolas-reflects-on-

56.    On information and belief, the actual reasons why NBC ended the Unpublished Article were: (1) Alexa's compendium of responses and exhibits to the 18 Questions; and (2) Tenbarge's reliance on highly biased and unreliable sources. As a direct result, Tenbarge lost significant credibility with NBC – which Tenbarge blamed on Alexa.

**Tenbarge Attacks Alexa Through Adam McIntyre**

57.    On September 8, 2024, Alexa made a post on X that contained a picture of Tenbarge with the caption: "One of the reasons I took a break."[19] In response, Tenbarge deployed her close friend and gossip YouTuber, Adam McIntyre ("McIntyre"), to attack Alexa. Tenbarge has been friends with McIntyre since he was a minor. Indeed, in a notorious episode, Tenbarge provided McIntyre alcohol when he was only 16 when McIntyre visited the United States. Tenbarge is also responsible for saving McIntyre's YouTube channel after YouTube terminated his account in 2021 for harassment.

58.    On September 9, 2024, McIntyre released a video entitled *the truth about alexa nikolas* (the "First McIntyre Video").[20] The First McIntyre Video was a preemptive attempt to defend Tenbarge and to paint Alexa as attacking Bell's victim. McIntyre attempted to provide Tenbarge's alibi to support her claim that the Bell Records were sealed.

> If someone could please redirect me to, maybe, a place online where [Alexa] has said she has them or how she got them, I would love to know. I would really love to know. All I know right now is that Kat called the court and the court were saying that: "For that amount

---

devastating-britney-spears-incident-on-zoey-101-set#google_vignette; Jaelani Turner-Williams, Complex, "'Zoey 101' Star Alexa Nikolas Rejects Dan Schneider's Apology, Says He Has 'No Idea What Accountability Is'" (March 23, 2024), *available at*: https://www.complex.com/pop-culture/a/jaelaniturnerwilliams/zoey-101-star-alexa-nikolas-rejects-dan-schneiders-apology?utm_source=dynamic&utm_campaign=social_widget_share; Natasha Jokic, BuzzFeed, "Following The Release Of 'Quiet  On Set,' Alexa Nikolas Has Been Criticized For Selling Themed Shirts" (April 1, 2024), *available at*: https://www.buzzfeed.com/natashajokic1/quiet-on-set-alexa-nikolas-shirt-criticism?utm_source=dynamic&utm_campaign=bfsharecopy; Armando Tinoco, Deadline, "'Quiet On Set' Participants Claim They Didn't Know Docuseries Was For ID: 'Our Stories … Deserve A More Credible Platform'" (April 21, 2024), *available at*: https://deadline.com/2024/04/quiet-on-set-participants-claim-investigation-discovery-1235891270/.
[19] *See* https://x.com/alexanikolas__/status/1832922921683279887
[20] Adam McIntyre, *the truth about alexa nikolas* (Sept. 9, 2024), *available at*: https://youtu.be/Y1V3YGJ3deY?si=EgDY-oL2D60aRA7o

and, you know, the subject, that it would really only be lawyers." But I would love for someone to direct me in a place where Alexa has said why she got them.

59.    This excuse fails to withstand scrutiny. It is well known that there is a First Amendment right to access judicial records in a criminal proceeding. The clerks of the court would also be able to determine whether a case is filed under seal pursuant to Ohio law – *i.e.*, it would require a court order sealing the documents. Rather, this was an excuse that Tenbarge fabricated to conceal her blind repetition of Exposing Rich's claim that the Bell Records were sealed in the Tenbarge Article.

60.    This is not the only glaring intentional falsehood in the First McIntyre Video. In the video, McIntyre repeats a false claim that could only be attributed to Tenbarge: that Alexa never responded to Tenbarge's 18 Questions.

> Kat Tenbarge has been working on a deep dive of Alexa Nikolas and Eat Predators. And within that deep dive, Kat has spoken to six members of Eat Predators and, obviously, with journalism comes the other side of the story. And that involves reaching out to Alexa, who is, you know, the biggest part of Eat Predators and getting her side. And, yeah, probably challenging her on allegations and accusations that a lot of them have been public for Eat Predators. So, she [*i.e.*, Alexa] went into silence and is now blaming Kat.

61.    This was an intentional falsehood that McIntyre also knew was false. In the First McIntyre Video, McIntyre reads from the First Legal Letter to NBC – which Tenbarge leaked to McIntyre in violation of NBC's policy to not disclose "any unpublished news or newsgathering information." McIntyre stops reading from the First Legal Letter to NBC just before the sentence discussing Alexa's April 18, 2024 responses to Tenbarge's 18 Questions.

**Tenbarge's Defamatory Statements**

62.    On September 9, 2024, Tenbarge made a series of posts on X that Tenbarge knew were false or were made in reckless disregard for the truth (collectively, the "X Defamatory Statements"):

- "All this proves is that you have been sending around sealed documents from Drake Bell's court case unprompted, as the text from you shows I did not want them and you insisted. All in an effort to undermine his underage victim's testimony that you previously defended."[21]

---

[21] *See* https://x.com/kattenbarge/status/1833340942297837608

- "This was before I confirmed with the Cleveland court that these docs were not publicly available and before I opened the files you sent me and saw they were also unredacted and bore no evidence of being submitted to court in the first place. It was very disturbing."

- "They were not marked by county/city – they appeared to be internal documents used by Drake's legal team."[22]

- "Yes they do. And none of them were redacted at all."[23]

- "You did no such thing, that would be called a 'FOIA request' and it would take months/years to get docs back and they would be HEAVILY redacted if you ever received them at all. They certainly would not send hundreds of docs containing private info like you sent me."[24]

- "First she said she got them from the court, then the police. So interesting! Courts and police officers famously love to give random people hundreds of documents concerning alleged child sex abuse. And it is famously very legal to tweet and livestream images from those documents."[25]

- "Notably the documents you can access through this method are not the document you sent me – they are the public records, around 30 pages of them, containing no personal information. You sent me hundreds of documents from the case itself."[26]

63.     Also, on September 9, 2024, Alexa conducted a live stream entitled *The Truth About Kat Tenbarge.*[27] Tenbarge invaded Alexa's live chat for the video and doubled down on her defamatory statements (the "Live Chat Defamatory Statements").

- "All my sources are survivors who went to Alexa for help and support and were betrayed by her sadly."

---

[22] *See* https://x.com/kattenbarge/status/1833345660801761506
[23] *See* https://x.com/kattenbarge/status/1833341096811733252
[24] *See* https://x.com/kattenbarge/status/1833361050923635169
[25] *See* https://x.com/kattenbarge/status/1833362284611039282
[26] *See* https://x.com/kattenbarge/status/1833368049371488714
[27] Alexa Nikolas, *The Truth About Kat Tenbarge* (Sept. 9, 2024), *available at*: https://www.youtube.com/live/XLWEEcbwwf4?si=60leeM1QrNGFPAC7

- "Absolutely ridiculous[.] [T]hey shouldn't even have those SEALED documents."

- "If Alexa and her husband even understood what the docs are [*sic*,] but they don't[.] [T]hey think they're public[.]"

- "Yes [D]rakes lawyer hired a PI to interview random women and one of them made antisemitic comments in these sealed documents."

- "And Alexa sent me these SEALED DOCS"

- "The docs are SEALED."

- "Maybe you got them from drake bell."

- "Receipts of the docs being sealed posted by MULTIPLE people"

- "It's defamation to say the sealed court docs are sealed? Good luck with that."

- "I asked in my question where Alexa got the sealed docs and she has still never answered."

- "The public documents don't match up with the document Alexa tweeted a few hours ago."

- "She tweeted a sealed doc not part of the public docs."

- "They don't even know the difference between sealed and public documents I fear."

- "The court clerk in cuyahogo said she didn't know how Alexa go those documents."

- "She posted a sealed doc from the drake bell court case and that could be considered a misdemeanor in Ohio."

- "I feel so horrible for drakes victim[.] Alexa is put her sealed info on twitter."

- "Alexa you're going to LEAK the victim's sealed documents??"

- "If the documents aren't sealed then prove it."

64.    A true and correct copy of the screenshots of the aforementioned live chats are attached hereto as Exhibit K.

65.    Tenbarge's false statements spread across the internet like wildfire. Countless videos and social media posts were made repeating Tenbarge's false statements that Alexa publicly disclosed sealed

documents to attack Bell's victim. Hailey-McMurray even included screenshots of these videos in support of his request to terminate the Restraining Order. In the aggregate, these videos were viewed by millions of people. A true and correct screenshot of a small portion of these videos is included below.



66.     On September 13, 2024, McIntyre made a live stream entitled *addressing alexa nikolas' livestream* (the "Second McIntyre Video").[28] In the Second McIntyre Video, McIntyre repeats several of the defamatory posts made by Tenbarge on September 9, 2024 in an attempt to discredit and disparage Alexa.

67.     On September 13, 2024 (and in response to the Second McIntyre Video), Alexa made a post on X that contained the link to the Bell Police Records on the City of Cleveland's website.[29] In the post, Alexa explained:

> Kat lied to everyone. And defamed me. With malicious intent. These documents shared privately to her via a Gdrive when questioned by her were not SEALED. I sent them to show her that they were not sealed. They are public redacted records. [Link] here they are.

68.     On September 17, 2024, Alexa's prior counsel sent NBC's counsel another letter (the "Second Legal Letter to NBC"). The Second Legal Letter to NBC identified Tenbarge's defamatory statements and explained how McIntyre and others repeated those statements. The Second Legal Letter to NBC identified statements by Tenbarge that indicated NBC approved her defamatory statements. A true and correct copy of the Second Legal Letter to NBC is attached hereto as Exhibit L.

69.     On September 24, 2024, McIntyre made a post on X that contained a picture of Tenbarge and McIntyre with the caption: "alexa nikolas' nightmare."[30] This was an obvious attempt by McIntyre and Tenbarge to taunt and bully Alexa by claiming victory that their false narrative successfully painted Alexa as a fraud and hypocrite.

70.     On October 21, 2024, NBC responded to Alexa's prior counsel. In the letter, NBC expressly disclaimed that the X Defamatory Statements and Live Chat Defamatory Statements (collectively, the "Defamatory Statements") were done within the scope of her employment. NBC further disclaimed any involvement or responsibility for Tenbarge's Defamatory Statements. A true and correct

---

[28] Adam McIntyre, *addressing alexa nikolas' livestream* (Sept. 13, 2024), *available at*: https://youtu.be/Ua9Vb2sHKUE?si=0h9ZilkrBmYZq_jb
[29] *See* https://x.com/alexanikolas__/status/1834707727467336006
[30] *See* https://x.com/theadammcintyre/status/1838614733076992279

copy of NBC's October 21, 2024 letter is attached hereto as Exhibit M.

71.    On January 22, 2025, Tenbarge was terminated from NBC. On information and belief, a contributing factor to Tenbarge's termination was: (1) her irresponsible reliance on unreliable sources for the Tenbarge Article and Unpublished Article; and (2) her defamatory statements towards Alexa.

## FIRST CAUSE OF ACTION
### *(Defamation)*

72.    Alexa repeats and realleges paragraphs 1-71 as if fully set forth herein.

73.    On September 9, 2024, Tenbarge published various defamatory statements about Alexa on X (*i.e.*, the X Defamatory Statements) and in the live chat of Alexa's video *The Truth About Kat Tenbarge* (*i.e.*, the Live Chat Defamatory Statements). Those statements are as follows:

- All this proves is that you have been sending around sealed documents from Drake Bell's court case unprompted, as the text from you shows I did not want them and you insisted. All in an effort to undermine his underage victim's testimony that you previously defended."[31]

- "This was before I confirmed with the Cleveland court that these docs were not publicly available and before I opened the files you sent me and saw they were also unredacted and bore no evidence of being submitted to court in the first place. It was very disturbing."

- "They were not marked by county/city – they appeared to be internal documents used by Drake's legal team."[32]

- "Yes they do. And none of them were redacted at all."[33]

---

[31] *See* https://x.com/kattenbarge/status/1833340942297837608
[32] *See* https://x.com/kattenbarge/status/1833345660801761506
[33] *See* https://x.com/kattenbarge/status/1833341096811733252

- "You did no such thing, that would be called a 'FOIA request' and it would take months/years to get docs back and they would be HEAVILY redacted if you ever received them at all. They certainly would not send hundreds of docs containing private info like you sent me."[34]

- "First she said she got them from the court, then the police. So interesting! Courts and police officers famously love to give random people hundreds of documents concerning alleged child sex abuse. And it is famously very legal to tweet and livestream images from those documents."[35]

- "Notably the documents you can access through this method are not the document you sent me – they are the public records, around 30 pages of them, containing no personal information. You sent me hundreds of documents from the case itself."[36]

- "All my sources are survivors who went to Alexa for help and support and were betrayed by her sadly."

- "Absolutely ridiculous[.] [T]hey shouldn't even have those SEALED documents."

- "If Alexa and her husband even understood what the docs are [*sic*,] but they don't[.] [T]hey think they're public[.]"

- "Yes [D]rakes lawyer hired a PI to interview random women and one of them made antisemitic comments in these sealed documents."

- "And Alexa sent me these SEALED DOCS."

- "The docs are SEALED."

- "Maybe you got them from drake bell."

---

[34] *See* https://x.com/kattenbarge/status/1833361050923635169
[35] *See* https://x.com/kattenbarge/status/1833362284611039282
[36] *See* https://x.com/kattenbarge/status/1833368049371488714

- "Receipts of the docs being sealed posted by MULTIPLE people"

- "It's defamation to say the sealed court docs are sealed? Good luck with that."

- "I asked in my question where Alexa got the sealed docs and she has still never answered."

- "The public documents don't match up with the document Alexa tweeted a few hours ago"

- "She tweeted a sealed doc not part of the public docs"

- "They don't even know the difference between sealed and public documents I fear"

- "The court clerk in cuyahogo said she didn't know how Alexa go those documents"

- "She posted a sealed doc from the drake bell court case and that could be considered a misdemeanor in Ohio"

- "I feel so horrible for drakes victim[.] Alexa is put her sealed info on twitter"

- "Alexa you're going to LEAK the victim's sealed documents??"

- "If the documents aren't sealed then prove it."

74.    Whether explicitly or from the context in which they were made, the X Defamatory Statements and the Live Chat Defamatory Statements (collectively, the "Defamatory Statements") were of and concerning Alexa.

75.    The Defamatory Statements were intended and interpreted as assertions of fact because Tenbarge: (1) claimed to have personal knowledge of the facts underlying the Defamatory Statements; (2) held herself out as journalist who had specialized knowledge of the underlying facts and circumstances; (3) portrayed herself as a neutral and unbiased source of information; (4) held herself out as an investigative reporter whose focus was exposing online sexual predators and their enablers; and (5) whether Alexa disclosed sealed court and police

records is susceptible to being proven true or false.

76.      The Defamatory Statements were false. The Bell Records were not sealed but publicly available. With the exception of one document (*i.e.*, Bell's sentencing memo), the Bell Court Records were publicly available from the Cuyahoga County Courthouse. Further, the Bell Police Records were publicly available of the City of Cleveland Police's website. Therefore, the Defamatory Statements were false because Alexa did not publicly disclose sealed records regarding Bell's victim.

77.      The Defamatory Statements were defamatory per se and caused Alexa special damages. Tenbarge's Defamatory Statements charged Alexa with committing a serious crime of publicly disclosing sealed documents about an alleged sexual abuse victim who was a minor. Tenbarge's Defamatory Statements further damaged Alexa's professional reputation as a survivor advocate by claiming she attacked, discredited and revealed private and personal identifying information on a sexual abuse victim who was a minor. This caused Alexa (and her organization Eat Predators) to lose a significant amount of support, both moral and financial.

78.      The Defamatory Statements are not covered by any privilege. Nor are they covered by the fair and true report privilege – as Tenbarge falsely claimed these records were not publicly available when they were.

79.      Tenbarge made the Defamatory Statements with knowledge of falsity and/or reckless disregard for the truth for several reasons.

80.      First, when Alexa provided Tenbarge the opportunity to find the Bell Records online or request the Bell Records online, Tenbarge expressed she was not interested in such information.

81.      Second, Tenbarge claimed to have sought the Bell Records from the Cuyahoga

County Courthouse who claimed the Bell Court Records were sealed. This is patently false – as the records are publicly available. Each of the Bell Court Records correlates with a docket entry in the case with the exception of the Bell sentencing memo – which was sealed solely for containing medical and mental health information about Bell (and not his victim).

82.     Third, Tenbarge claimed the Bell Records contained information about Bell's victim – *i.e.*, that she personally reviewed the Bell Records. Tenbarge clearly did not review the Bell Records as: (1) there is no reference or information about Bell's victim in the Bell Court Records; and (2) all information about the victim was redacted from the Bell Police Records.

83.     Fourth, Tenbarge made no attempt to investigate whether the Bell Police Records were public and refused Alexa's assistance to locate them.

84.     Fifth, Tenbarge repeatedly relied on highly biased and unreliable sources during her investigation of Alexa, such as: (1) court documents filed by Hailey-McMurray – despite Tenbarge being aware of the Restraining Order; (2) Hailey-McMurray himself; (3) anonymous online accounts that had a clear bias against Alexa, such as Exposing Rich and Abuse of Power; and (4) highly biased sources such as Salinas and Higgins.

85.     Sixth, Tenbarge was motivated to make the Defamatory Statements to exact revenge against Alexa for: (1) successfully ending the Unpublished Article; and (2) exposing her use of unreliable and highly biased sources to NBC, which damaged Tenbarge's professional reputation.

86.     Tenbarge knew and intended her Defamatory Statements about Alexa to be repeated by other online content creators, including but not limited to, McIntyre.

87.     Tenbarge's Defamatory Statements had a catastrophic effect on Alexa's reputation. The Defamatory Statements successfully painted Alexa – a staunch advocate for

survivors of sexual abuse and assault – as supporting sexual predators and attacking an underage victim. Tenbarge's Defamatory Statements forced Alexa to withdraw from public life. Tenbarge's Defamatory Statements also irrevocably damaged Alexa's professional relationships and standing with other survivor advocates and survivors – which has severely hindered Alexa's professional development.

88.    The false and defamatory statements damaged Alexa's reputation in the general public, in her profession, in her personal life, in her neighborhood, and with friends, relatives, and neighbors.

89.    As a direct and proximate result of the publication of the false and defamatory statements, Alexa has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community and in her profession, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss.

90.    Tenbarge has engaged in the alleged conduct above with oppression, fraud and malice. Accordingly, Alexa is entitled to an award of punitive and exemplary damages in an amount to be proved at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff ALEXA NIKOLAS prays for the following relief:

A.    On the First Cause of Action declaring that:

   i.    Compensatory damages in an amount to be determined at trial, but in no event less than $150,000;

   ii.    Punitive damages to punish and deter Tenbarge's misconduct;

   iii.    Alexa's costs, attorneys' fees, and such other relief as the Court deems just

and proper.

## **DEMAND FOR JURY TRIAL**

Alexa demands a jury trial on all causes of action triable by jury.

Dated: September 5, 2025

FREUNDLICH LAW, APC

BY:  */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich
Jonah Grossbardt
16133 Ventura Blvd. Ste. 645
Encino, CA 91436

Rom Bar-Nissim (*pro hac vice application forthcoming*)
HEAH BAR-NISSIM LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

Attorneys for Plaintiff ALEXA NIKOLAS

## **JURY DEMAND**

Plaintiff ALEXA NIKOLAS demands trial by jury for all issues of fact and damages stated herein.

Dated: September 5, 2025

FREUNDLICH LAW, APC

BY: */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich
Jonah Grossbardt
16133 Ventura Blvd. Ste. 645
Encino, CA 91436

Rom Bar-Nissim (*pro hac vice application forthcoming*)
HEAH BAR-NISSIM LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

Attorneys for Plaintiff ALEXA NIKOLAS