## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

### CASE NO.: 2:26-cv-02465-EP-LDW

ALEXA NIKOLAS,

        Plaintiff,

v.

KATHRYN ELIZABETH TENBARGE,

        Defendant.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT REBECCA A. KORNHAUSER of SRIPLAW, P.A.

hereby gives notice of her appearance as counsel on behalf of Plaintiff ALEXA NIKOLAS, and

requests service upon her of all pleadings and papers filed herein.

Dated: March 13, 2026           Respectfully submitted,

                              */s/  Rebecca A. Kornhauser*
                              REBECCA A. KORNHAUSER
                              Bar Number: 517662024
                              rebecca.kornhauser@sriplaw.com

                              **SRIPLAW, P. A.**
                              41 Madison Avenue
                              25th Floor
                              New York, New York  10010
                              646.517.3534 – Telephone
                              561.404.4353 – Facsimile

                              *Counsel for Plaintiff Alexa Nikolas*