UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALEXA NIKOLAS,<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN "KAT" ELIZABETH TENBARGE,<br><br>Defendant. | Case No. 2:26-cv-02465-EP-LDW<br><br><br><br>**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

It is hereby stipulated and agreed by and between the undersigned counsel that the time within which Defendant Kathryn "Kat" Elizabeth Tenbarge may serve and file an answer or responsive pleading to Plaintiff's Complaint is hereby extended up to and including June 2, 2026.

**HEAH BAR-NISSIM LLP**                    **PASHMAN STEIN WALDER HAYDEN, P.C.**

By: */s/ Rom Bar-Nissim*                   By: */s/ Bruce S. Rosen*
    Rom Bar-Nissim, Esq.                        Bruce S. Rosen, Esq.
    1801 Century Park East, Suite 2400          Court Plaza South
    Los Angeles, CA 90067                       21 Main Street, Suite 200
    (310) 432-2836                              Hackensack, NJ 07601
    Rom@heahbarnissim.com                       (201) 488-8200
    *Attorneys for Plaintiff*                   brosen@pashmanstein.com
    *Alexa Nikolas*                             *Attorneys for Defendant*
                                                *Kathryn "Kat" Elizabeth Tenbarge*

Dated: May 22, 2026