UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXA NIKOLAS,<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN "KAT" ELIZABETH TENBARGE,<br><br>Defendant. | Case No. 2:26-cv-02465-EP-LDW<br><br><br>**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

It is hereby stipulated and agreed by and between the undersigned counsel that the time within which Defendant Kathryn "Kat" Elizabeth Tenbarge may serve and file an answer or responsive pleading to Plaintiff's Complaint is hereby extended up to and including June 2, 2026.


**HEAH BAR-NISSIM LLP**

By: */s/ Rom Bar-Nissim*
    Rom Bar-Nissim, Esq.
    1801 Century Park East, Suite 2400
    Los Angeles, CA 90067
    (310) 432-2836
    Rom@heahbarnissim.com
    *Attorneys for Plaintiff*
    *Alexa Nikolas*


**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: */s/ Bruce S. Rosen*
    Bruce S. Rosen, Esq.
    Court Plaza South
    21 Main Street, Suite 200
    Hackensack, NJ 07601
    (201) 488-8200
    brosen@pashmanstein.com
    *Attorneys for Defendant*
    *Kathryn "Kat" Elizabeth Tenbarge*


Dated: May 22, 2026


**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** ____May 27, 2026_____