UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALEXA NIKOLAS,<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN "KAT" ELIZABETH TENBARGE,<br><br>Defendant. | Case No. 2:26-cv-02465-EP-LDW<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

It is hereby stipulated and agreed by and between the undersigned counsel that the time within which Defendant Kathryn "Kat" Elizabeth Tenbarge may serve and file an answer or responsive pleading to Plaintiff's Complaint is hereby extended up to and including June 15, 2026.

**HEAH BAR-NISSIM LLP**

By: */s/ Rom Bar-Nissim*
   Rom Bar-Nissim, Esq.
   1801 Century Park East, Suite 2400
   Los Angeles, CA 90067
   (310) 432-2836
   Rom@heahbarnissim.com
   *Attorneys for Plaintiff*
   *Alexa Nikolas*

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: */s/ Bruce S. Rosen*
   Bruce S. Rosen, Esq.
   Court Plaza South
   21 Main Street, Suite 200
   Hackensack, NJ 07601
   (201) 488-8200
   brosen@pashmanstein.com
   *Attorneys for Defendant*
   *Kathryn "Kat" Elizabeth Tenbarge*

Dated: June 1, 2026