**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

**CASE NO.: 2:26-cv-02465-EP-LDW**

ALEXA NIKOLAS,

                Plaintiff,

v.

KATHRYN ELIZABETH TENBARGE,

                Defendant.

---

## NOTICE OF SETTLEMENT

Plaintiff ALEXA NIKOLAS by and through her undersigned counsel, hereby notifies the

Court that the parties have reached a settlement and requests until July 25, 2026  in which to file

a Notice of Dismissal.

Dated: June 25, 2026                Respectfully submitted,


*/s/  Rebecca A. Kornhauser*
REBECCA A. KORNHAUSER
Bar Number: 517662024
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile


*Counsel for Plaintiff Alexa Nikolas*


**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE