**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CASE NO.:  2:26-cv-02465-EP-LDW**

ALEXA NIKOLAS,

                Plaintiff,

v.

KATHRYN ELIZABETH TENBARGE,

                Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ALEXA NIKOLAS by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: July 7, 2026                Respectfully submitted,


                                      */s/  Rebecca A. Kornhauser*
                                      REBECCA A. KORNHAUSER
                                      Bar Number: 517662024 (NJ)
                                      rebecca.kornhauser@sriplaw.com

                                      **SRIPLAW, P. A.**
                                      41 Madison Avenue
                                      25th Floor
                                      New York, New York 10010
                                      646.517.3534 – Telephone
                                      561.404.4353 – Facsimile


                                      *Counsel for Plaintiff Alexa Nikolas*


**So Ordered**       **/s/ Evelyn Padin, U.S.D.J.**
**July 8, 2026**